**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Hope Obika Waobikeze d/b/a Hope's Fashion and Beauty Supply v. Fort Bend County

Appellate case number:    01-13-00181-CV

Date motion filed:     May 24, 2013

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

Trial court case number:    11-DCV-195333

Trial court:     240th District Court of Fort Bend County

It is **ORDERED** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated May 15, 2013.

Judge's signature: /Jim Sharp/
                  x Acting individually

Date: June 6, 2013[i]

---

[i]     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).